**Electronically Filed
Supreme Court
SCAD-13-0000134
01-OCT-2014
10:18 AM**

SCAD-13-0000134

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

BURTON D. GOULD, Respondent.

------------------------------------------------------------------

In Re Application for Reinstatement of

BURTON D. GOULD, Applicant.

---

ORIGINAL PROCEEDING

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the September 18, 2014 affidavit and supporting documents submitted by Respondent Burton Gould, this court finds and concludes that Respondent Gould has fulfilled the conditions of the July 18, 2013 order of this court, reinstating him to the practice of law.  Therefore,

IT IS HEREBY ORDERED that Respondent Gould's petition for reinstatement is completed. The clerk of the court shall close SCAD-13-134 in the JIMS system.

DATED: Honolulu, Hawaiʻi, October 1, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

